UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALE MELVIN,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

        Case No. 2:18-cv-13405

        HONORABLE STEPHEN J. MURPHY, III

/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated February 28, 2020, Plaintiff's claims are dismissed with prejudice.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/ D. Parker
        Deputy Clerk

Dated: February 28, 2020

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 28, 2020, by electronic and/or ordinary mail.

        s/ David P. Parker
        Case Manager